IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00442-WYD-BNB

H&H TRANSFORMER, INC, a Colorado corporation,

    Plaintiff,

v.

BATTELLE ENERGY ALLIANCE, L.L.C., a Delaware limited liability company doing business in Colorado,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to File Motion to Dismiss or Transfer Venue in Excess of Page Limit (Doc. # 12) is **GRANTED**. Defendant may fie a Motion to Dismiss or Transfer Venue up to twenty-four pages, exclusive of the certificate of service.

    Dated: March 19, 2009