IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 09-cv-00442-WYD-BNB

H&H TRANSFORMER, INC., a Colorado corporation,

v.

BATTELLE ENERGY ALLIANCE, LLC, a Delaware limited liability company doing business in Colorado,

Defendant.

_____

**ORDER**
_____

This matter arises on **Unopposed Motion to Stay Discovery Pending Resolution of Motion to Dismiss or to Transfer Venue** [Doc. # 16, filed 4/7/2009] (the "Motion"). The Motion is not opposed.

IT IS ORDERED that the Motion is GRANTED. See Frontier Steel Bldgs. Corp. v. S.J. Amoroso Const. Co., Inc., 2008 WL 1925100 *1 (D. Colo. May 1, 2008). Discovery is STAYED pending further order of the court.

IT IS FURTHER ORDERED that the scheduling conference set for May 5, 2009, at 9:30 a.m., and related deadlines are VACATED.

IT IS FURTHER ORDERED that defendant shall notify me within five days of any ruling by the district judge that determines the issues raise in defendant's Motion to Dismiss or to Transfer Venue [Doc. # 15]; and the parties shall file a joint status report on **June 1, 2009**, and quarterly thereafter advising me of the status of defendant's Motion to Dismiss or to Transfer Venue.

Dated April 8, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge