IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00442-WYD-BNB

H&H TRANSFORMER, INC, a Colorado corporation,

    Plaintiff,

v.

BATTELLE ENERGY ALLIANCE, L.L.C., a Delaware limited liability company doing business in Colorado,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff H&H Transformer, Inc.'s Motion for Leave to File Sur-Reply (Doc. # 25) is **GRANTED**. Plaintiff may file the Sur-Reply attached to its Motion.

    Dated: May 26, 2009